IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW EDWARDS, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 10-5214 (JBS/JS) |
| v. | |
| PANTHER TECHNOLOGIES, INC., et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion of Defendants Panther Technologies, Inc., and Peter J. Palko ("Defendants") for summary judgment [Docket Item 32.]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this ___**19th**___ day of **November, 2012** hereby

ORDERED that the Defendants' motion for summary judgment [Docket Item 32] will be GRANTED; and it is further

ORDERED that the Clerk shall close this case upon the docket.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          Chief U.S. District Judge